United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 20-00400-MJC

John Alex Albright                                                  Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: 3180W | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Alex Albright, 1780 Route 739, Dingman's Ferry, PA 18328-3400 |
| 5297784 | | Discover, PO Box 742655, Cincinnati OH 45274-2655 |
| 5297790 | | NBT Bank NA, PO Box 790408, ST Louis MO 63179-0408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 20 2026 23:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5297776 | | Email/Text: bankruptcy@cavps.com | Feb 20 2026 18:38:00 | Cavalry Portfolio Services, 7 Skyline Drive, 3rd Floor, Hawthorn NY 10532 |
| 5297777 | | Email/Text: bankruptcy@cavps.com | Feb 20 2026 18:38:00 | Cavalry Portfolio Services, LLC, PO Box 27288, Tempe, AZ 85285-7288 |
| 5297778 | + | Email/Text: bankruptcy@cavps.com | Feb 20 2026 18:38:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Valhalla, NY 10595-2323 |
| 5297779 | + | Email/Text: bankruptcy@cavps.com | Feb 20 2026 18:38:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Ste 400, Vallhalla, NY 10595-2321 |
| 5297780 | + | EDI: CITICORP | Feb 20 2026 23:37:00 | Citi Bank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 5297781 | | EDI: WFNNB.COM | Feb 20 2026 23:37:00 | Comenity Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5297782 | + | EDI: WFNNB.COM | Feb 20 2026 23:37:00 | Commenity Bank/Kay Jewelers, PO Box 182789, Columbus OH 43218-2789 |
| 5297783 | | EDI: DISCOVER | Feb 20 2026 23:37:00 | Discover, PO Box 15316, Wilmington DE 19850 |
| 5299655 | | EDI: DISCOVER | Feb 20 2026 23:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5297787 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2026 18:38:00 | Midland Funding LLC, 320 East Big Beaver, Troy MI 48083-1238 |
| 5297788 | | Email/Text: bankruptcy@nbtbank.com | Feb 20 2026 18:38:00 | NBT Bank, 52 S Broad Street, Norwich NY 13815-1646 |
| 5297789 | + | Email/Text: bankruptcy@nbtbank.com | Feb 20 2026 18:38:00 | NBT Bank NA, 20 Mohawk Street, Canajoharie NY 13317-1144 |
| 5319008 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 20 2026 18:38:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5297791 | | EDI: PRA.COM | Feb 20 2026 23:37:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk VA 23502 |
| 5320691 | | EDI: PRA.COM | Feb 20 2026 23:37:00 | Portfolio Recovery Associates, LLC, POB 12914, |

| | | | |
|---|---|---|---|
| | | | Norfolk VA 23541 |
| 5302923 | EDI: PENNDEPTREV | Feb 20 2026 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5319590 | EDI: Q3G.COM | Feb 20 2026 23:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5304255 | EDI: Q3G.COM | Feb 20 2026 23:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5297792 | Email/Text: collections@rhinebeckbank.com | Feb 20 2026 18:38:00 | Rhinebeck Savings Bank, 23 Montgomery Street, Rhinebeck, NY 12572 |
| 5297793 | + EDI: SYNC | Feb 20 2026 23:37:00 | SYNCB/Lumber Liquidators, PO Box 965036, Orlando FL 32896-5036 |
| 5297794 | EDI: SYNC | Feb 20 2026 23:37:00 | SYNCB/Lumber Liquidators, PO Box 965005, Orlado FL 32896-5005 |
| 5298059 | + EDI: PRA.COM | Feb 20 2026 23:37:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5297795 | + EDI: CITICORP | Feb 20 2026 23:37:00 | THD/CBNA, One Court Square, Long Long Island City NY 11120-0001 |
| 5297796 | + EDI: CITICORP | Feb 20 2026 23:37:00 | THD/CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5297797 | + EDI: CITICORP | Feb 20 2026 23:37:00 | The Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5297798 | EDI: CITICORP | Feb 20 2026 23:37:00 | The Home Depot CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5297785 | EDI: USBANKARS.COM | Feb 20 2026 23:37:00 | Elan Financial, PO Box 790408, St Louis MO 63179-0408 |
| 5297786 | EDI: USBANKARS.COM | Feb 20 2026 23:37:00 | Elan Financial Services, PO Box 108, St Louis MO 63166-0108 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 John Alex Albright johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John Alex Albright | Social Security number or ITIN xxx–xx–6375 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00400–MJC | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Alex Albright
aka John Albright, aka John A Albright

**By the court:**

2/20/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:20-bk-00400-MJC   Doc 35   Filed 02/22/26   Entered 02/23/26 00:26:32   Desc
Imaged Certificate of Notice   Page 6 of 6